UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN COURTHOUSE

| | |
|---|---|
| Yuzi Hong, individually and on behalf of all others similarly situated, | 1:22-cv-03459-ENV-RML |
| Plaintiff, | |
| - against - | |
| Church & Dwight Co. Inc., | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 4, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/5/2023

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*

## Certificate of Service

I certify that on January 4, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan